

NEW YORK · VANCOUVER · CALGARY · EDMONTON · REGINA · WINNIPEG· TORONTO · MONTREAL

VIA CM/ECF

June 16, 2017

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Taramatie Persaud, 15 Cr. 633 (KMW)

Dear Judge Wood:

I write further to yesterday's letter (Doc 60), which respectfully requested that Ms. Persaud be granted a final temporary stay of her surrender date until July 3, 2017. In yesterday's letter I noted that the surgery was tentatively scheduled. The surgery has now been confirmed, subject to the Court's approval of the Defendant's motion and I enclose a copy of the confirmation letter.

Thank you for your time and attention to this matter.


Yours truly,

*Daniel DeMaria*

Daniel DeMaria


cc:    AUSA Jane Kim

*New York • 535 Fifth Avenue, Suite 2590 • New York, NY • 10017 • Tel: (212) 658-1710 • Fax: (212) 658-1711*

Advanced Surgeons
19 Bradhurst Ave., Suite #1700
Hawthorne, NY 10532
Phone (914) 347-0162
Fax (914) 347-4401

GHC - PRE-Operative Instructions

**Jonathan Giannone, M.D.**

Taramatie Persaud
1921 Morris Avenue25
BronxNY10453

**Date of Surgery**: 6/26/17
**Arrival Time: The facility will call you the day before with your arrival time.**
Report to Ambulatory Surgery Unit (ASU) on the second floor @ Greenwich Hospital, 5 Perryridge Road, Greenwich CT, 06830.

## Important Instructions
1) Follow the guidelines that are given to you in your pre op class.

2) Do not eat or drink anything after midnight before your surgery.

3) Do not take ASPIRIN or IBUPROFEN or medications containing these [products for at least 10 days before your surgery.

4) You must have someone with you to drive you home when discharged.

5) Our office will contact you insurance to pre certify your surgery.

6) If you have any questions, or cannot keep your scheduled appointments please contact our office.

## Pre Operative Appointments

**Pre Operative Testing** - Pre Admission Testing office to be completed the same day as you class. Please report to Greenwich Hospital Main Lobby.
**Date:** WILL GET DATE FROM GREENWHICH          **Time:** 10:00 AM

**Pre Operative Surgical** - review clearances and sign consent forms with your Surgeon at 19 Bradhurst Ave, Hawthorne, NY 10532 Suite #1700S.
**Date:** 6/16/17                                **Time:** 11:00



Advanced Surgeons
19 Bradhurst Ave., Suite #1700
Hawthorne, NY 10532
Phone (914) 347-0162
Fax (914) 347-4401

06/16/2017

RE: Taramatie Persaud
DOB:

To Whom it May Concern:

Taramatie Persaud is scheduled for surgery on 6/26/17 @ Greenwich Hospital. She will be undergoing a procedure and will have to spend the night. After surgery Taramatie will need to come back two weeks after surgery for a Post Op Appointment.

If you have any questions feel free to contact my office at (914) 347-0162.

Sincerely,


Jonathan Giannone, M.D.