

**19 Bradhurst Ave, Suite # 1700**
**Hawthorne, NY 10532**
**TEL (914) 347-0162**

THOMAS CERABONA, M.D., NPI#1750375036
ASHUTOSH KAUL, M.D., NPI#1760484265
ANTHONY MAFFEI, M.D., NPI#1104093236
JONATHAN GIANNONE, M.D., NPI#1629226881
MARISSA FORTE, RPA-C, NPI# 1023406972

DATE: 10/31/17
NAME: Taramatie Persaud
DOB: 06/09/1970
ADDRESS: 1921 Morris Avenue 25 Bronx, NY 10453

To Whom it May Concern:

Taramatie Persaud is currently under my care and was seen at our office on 10/27/17. Patient must follow up in 3 months. Due to the two surgeries that Mrs. Persaud had previously on February 6th and June 26th, she is still under my care for her recovery. The surgery on June 26th was to repair her stomach and her scar tissue as well as her hiatal hernia. This caused a lot of swelling which she is still suffering from. She continues to vomit after eating and drinking. Sending her for blood work, and a swallow study. Patient is to follow up after these tests with Dr. Pais for another endoscopy. Patient will need constant following up after these tests.

If you have any questions feel free to contact my office at (914) 347-0162.

Sincerely,

Jonathan Giannone, M.D.



## ADVANCED SURGEONS
### NYGETFIT.COM

401 Columbus Avenue Lower Level
Valhalla, NY 10595
TEL (914) 347-0162

THOMAS CERABONA, M.D., NPI#1750375036
ASHUTOSH KAUL, M.D., NPI#1760484265
ANTHONY MAFFEI, M.D., NPI#1104093236
JONATHAN GIANNONE, M.D., NPI#1629226881
MARISSA FORTE, RPA-C, NPI# 1023406972

NAME: _Taramarie Persaud_ DOB: _____
ADDRESS: _____ DATE: 10/27/17

**EXISTING PATIENT LAB TESTING**
**DX Codes: Z98.84, E56.9, E55.9, E53.9, E53.8, E83.19, E56.8, D51.3, D52.9**

**$R_x$:** CBC, DIFFERENTIAL, PLATELET

COMPREHENSIVE METABOLIC PANEL, LIPID PANEL

THYROID PANEL: TSH, $T_3$, $T_4$

PTH INTACT WITH CALCIUM

FERRITIN, IRON, TIBC

VITAMIN A

VITAMIN $B_1$, VITAMIN $B_{12}$, FOLATE

25 OH VITAMIN D, VITAMIN E

MAGNESIUM, ZINC

**Diabetic Patients:** ☐ No   ☐ If Yes, Then: 1. This must be a fasting specimen.   2. Add HbA1c and Serum Insulin Level

_____ M.D.



**ADVANCED SURGEONS**
N Y G E T F I T . C O M

401 Columbus Avenue, Lower Level
Valhalla, NY 10595
TEL (914) 347-0162

THOMAS CERABONA, M.D., NPI#1750375036
ASHUTOSH KAUL, M.D., NPI#1760484265
ANTHONY MAFFEI, M.D., NPI#1104093236
JONATHAN GIANNONE, M.D., NPI#1629226881
MARISSA FORTE, RPA-C, NPI# 1023406972

DATE: 10/27/2017

NAME: Taramatie Persaud

DOB: 06/09/1970

ADDRESS: 1921 Morris Avenue 25 Bronx, NY 10453

S/P Bariatric Surgery, c/o Reflux and Dysphagia

R$_X$: UGI Swallow Study

Dx: K21.9, R13.10

Please Evaluate

*Jonathan Giannone M.D.*

PLEASE FAX RESULTS TO (914-347-4401)