

**ADVANCED SURGEONS**
N Y G E T F I T . C O M

**19 Bradhurst Ave, Suite # 1700**
**Hawthorne, NY 10532**
**TEL (914) 347-0162**

**THOMAS CERABONA, M.D., NPI#1750375036**
**ASHUTOSH KAUL, M.D., NPI#1760484265**
**ANTHONY MAFFEI, M.D., NPI#1104093236**
JONATHAN GIANNONE, M.D., NPI#1629226881
MARISSA FORTE, RPA-C, NPI# 1023406972

DATE: 12/14/17
NAME: Taramatie Persaud
DOB: 06/09/1970
ADDRESS: 1921 Morris Avenue 25 Bronx, NY 10453

To Whom it May Concern:

Taramatie Persaud is currently under my care and was seen at our office on 12/14/17. Due to the two surgeries that Mrs. Persaud had previously on February 6th and June 26th, she is still under my care for her recovery. The surgery on June 26th was to repair her stomach and her scar tissue as well as her hiatal hernia. This caused a lot of swelling which she is still suffering from. She still is experiencing pain and continues to vomit after eating and drinking. Sending her for Esophageal Motility Study and a Ph Study. Patient scheduled appointment with Dr. Pais on December 22, 2017, which follows an appoinment with Dr. Dworkin for January 2nd, 2018 and once those appointments are done she will have to follow up with Dr. Giannone on January 12, 2018.

If you have any questions feel free to contact my office at (914) 347-0162.

Sincerely,

Jonathan Giannone, M.D.