GRECO ◆ NEYLAND, P

ATTORNEYS AT LAW

February 20, 2018

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/27/18 |

Honorable Judge Kimba Wood
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

*Via Electronic Filing (ECF)*

Re:   *United States of America v. Taramatie Persaud, [Dkt. No. 15-cr-633(KMW)]*

Dear Judge Wood:

My office represents Ms. Persaud.  In early January, 2018, the Court granted Ms. Persaud's request to stay her self-surrender date until March 8, 2018.

Attached is a letter from Ms. Persaud's doctor that states she is scheduled for surgery on March 5, 2018, at Greenwich Hospital, based on the prior Esophageal Motility Study and Ph study.

Ms. Persaud will also require permission to travel to Greenwich, CT, to the Greenwich Hospital, 5 Perryridge Road, Greenwich, CT 06830 for surgery on the evening of March 4, 2018, through March 9, 2018, for surgery and post-op recovery.

Based on the foregoing, I respectfully request that Ms. Persaud's March 8, 2018, surrender date be adjourned for three (3) months, and that she be permitted to travel to CT for surgery. Ms. Persaud's appeal is underway and is scheduled for oral argument on March 8, 2018.

Thank you in advance for your attention to this matter.

Respectfully,

GRECO ◆ NEYLAND, PC

*Ms. Persaud's surrender date is adjourned until June 11, 2018, at 10:00 a.m., at the facility designated for her by the Bureau of Prisons.*

SO ORDERED:  N.Y., N.Y.
2-26-18

535 5TH AVE., 25TH FLOOR, NEW YORK, NY 10017
Tel  212 951 1300        *Kimba M. Wood*
NEWYORKCRIMINALLAWYER.COM        KIMBA M. WOOD
                                 U.S.D.J.



## ADVANCED SURGEONS
### N Y G E T F I T . C O M

**401 Columbus Avenue, Lower Level**
**Valhalla, NY 10595**
**TEL (914) 347-0162**

THOMAS CERABONA, M.D., NPI#1750375036
ASHUTOSH KAUL, M.D., NPI#1760484265
ANTHONY MAFFEI, M.D., NPI#1104093236
JONATHAN GIANNONE, M.D., NPI#1629226881
MARISSA FORTE, RPA-C, NPI# 1023406972

DATE: 02/12/2018

NAME: Taramatie Persaud

DOB: 06/09/1970

ADDRESS: 1921 Morris Avenue 25 Bronx, NY 10453

To Whom it May Concern,

Taramatie Persaud is currently under my care and has been evaluated post operatively. She will be having surgery to convert her sleeve to a gastric bypass. Taramatie is scheduled for surgery on March 5, 2018 at Greenwich Hospital. The hospital address is, 5 Perryridge Road, Greenwich, CT 06830.

If you have any questions or concerns please contact my office at (914) 347-0162.

Sincerely,

*Jonathan Giannone M.D.*
ELECTRONICALLY SIGNED
LIC: 275467