USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

TARAMATIE PERSAUD,

Defendant.

------------------------------------------------------X

15-CR-633 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Wednesday, April 1, 2020, is adjourned to Thursday, May 28, 2020, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
March 23, 2020

/s/ Kimba M. Wood /
KIMBA M. WOOD
United States District Judge