UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___5/18/20_____ |

-against-

15-CR-633 (KMW)

**ORDER**

TARAMATIE PERSAUD,

Defendant.

-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference

scheduled for Thursday, May 28, 2020, is adjourned to July 9, 2020, at 2:30 p.m.


SO ORDERED.
Dated: New York, New York
    May 18, 2020

                                    _____/s/ Kimba M. Wood / _____
                                          KIMBA M. WOOD
                               United States District Judge