```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/30/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

           -against-

TARAMATIE PERSAUD,

           Defendants.

---------------------------------------------------------X

15-CR-633 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, July 9, 2020, is adjourned to October 7, 2020, at 11:00 a.m. The parties shall submit a status letter to the Court, by July 29, 2020, updating the Court on the defendant's medical condition and a proposed surrender date.

    SO ORDERED.

Dated: New York, New York
       June 30, 2020

                                              /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                       United States District Judge