UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

TARAMATIE PERSAUD,

                Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __9/21/20_____
```

15-CR-633 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The defendant's request of September 14, 2020, to adjourn her surrender date, is DENIED.

    The defendant shall surrender to the Metropolitan Correctional Center, on September 21, 2020, as previously ordered.

SO ORDERED.
Dated: New York, New York
      September 21, 2020

                                        _____/s/ Kimba M. Wood /_____
                                              KIMBA M. WOOD
                                      United States District Judge