UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

TARAMATIE PERSAUD,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
15 CR 633 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/21

KIMBA M. WOOD, District Judge:

    The Warden at FCI Danbury is hereby requested to consider Ms. Persaud's medical condition, and to inform the Court regarding when she will receive the requested treatment.

    SO ORDERED.

Dated: New York, New York
         January 12, 2021

                                               KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE